UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GOLDEN VASQUEZ,

      Petitioner,

v.                                                            Case No.  4:16cv337/WS/CJK

JULIE JONES,

      Respondent.

_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon petitioner's motion to withdraw her amended habeas corpus petition filed under 28 U.S.C. § 2254.  (Doc. 18).  The court construes petitioner's motion as one for voluntary dismissal under Rule 41 of the Federal Rules of Civil Procedure.  Pursuant to Rule 41(a)(2), this action should be dismissed.

      Accordingly, it is respectfully RECOMMENDED:

      1.  That petitioner's motion for voluntary dismissal (doc. 18) be GRANTED.

      2.  That this case be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(2).

3.  That the clerk be directed to close the file.

At Pensacola, Florida this 25th day of October, 2016.


*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.