UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GOLDEN VASQUEZ,

    Petitioner,

v.                                      4:16cv337-WS/CJK

JULIE JONES,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 19) docketed October 25, 2016. The magistrate judge recommends that this action be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 19) is ADOPTED and incorporated into this order by reference.

2. Petitioner's motion to withdraw his amended habeas corpus petition, construed as a motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2), is GRANTED.

3. The clerk shall enter judgment stating: "All claims are DISMISSED WITHOUT PREJUDICE."

DONE AND ORDERED this   22nd   day of    November   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE